

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 13, 2026

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.  The conference scheduled for May 15, 2026 is adjourned.

SO ORDERED.

Hon. Ronnie Abrams
May 14, 2026

     **Re:**   *Hasan Kabir v. Markwayne Mullin, et. al.* **26 Civ. 2464 (RA)**

Dear Judge Abrams:

     This Office represents the defendants (the "Government") in this mandamus action brought by Hasan Kabir ("Plaintiff") seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his I-485 Application for Adjustment of Status.  The Court scheduled an initial pretrial conference in this case for May 15, 2026, and directed the parties to submit a joint letter and proposed case management plan one week in advance of the conference (i.e., by May 8).  ECF No. 5.  I write respectfully to jointly request with Plaintiff that the Court adjourn the initial pretrial conference scheduled for May 15 *sine die*, and the associated deadline for the parties to submit a joint letter and proposed case management plan, to a date after the Court resolves the Government's anticipated motion to dismiss (if the action has not been dismissed).

     The Government plans to file a motion to dismiss this action by June 1, 2026 (the Government's deadline to respond to the complaint).[1]  Postponing the initial conference until after the Government's motion to dismiss is resolved will allow the parties to determine whether any disputes remain following a ruling on the motion, and will also conserve judicial and party resources.  This is the first request for an adjournment of the case management conference and associated deadlines, and as noted, this is a joint request from all parties.  The parties apologize to the Court for not submitting this request sooner, including before the May 8 deadline to file the pre-conference submissions.

---

[1] USCIS has issued an interview notice for Plaintiff to occur on June 17, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Erica Silverman*
Erica Silverman
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2696
E-mail: erica.silverman @usdoj.gov
*Attorney for Defendants*

cc: Plaintiff's counsel (via ECF)